IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK BENTLEY,<br><br>      Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,<br><br>      Defendants. | 3:15-cv-8130-JWS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN |

Plaintiff Mark Bentley has announced to the Court that all matters in controversy against Experian Information Solutions have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Mark Bentley against Defendant Experian Information Solutions are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same and this entire case is now dismissed with prejudice.

DATED this 28th day of January 2016.

/s/ JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE